CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

ANTHONY J. ZALLER (SBN: 224844)
azaller@vtzlaw.com
JENNIFER S. GROCK (SBN: 245671)
jgrock@vtzlaw.com
VAN VLECK TURNER & ZALLER LLP
6310 San Vicente Boulevard, Suite 430
Los Angeles, California 90048
Telephone: (323) 592-3505
Facsimile: (323) 592-3505
Attorneys for Defendants
The Novogroder Companies, Inc., N.H. Enterprises, Inc. and Shins
Enterprises, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>  Plaintiff,<br><br>  v.<br><br>THE NOVOGRODER<br>COMPANIES, INC., an Indiana<br>Corporation;<br>N.H. ENTERPRISES, INC., a<br>California Corporation;<br>SHINS ENTERPRISES, INC, a<br>California Corporation;<br>and Does 1-10,<br><br>  Defendants. | Case: 2:16-CV-03594-PA-JEM<br><br>**NOTICE AND JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1)** |

1

1
2
3                          **<u>STIPULATION</u>**
4
5         Pursuant to F.R.CIV.P.41(a)(1), IT IS STIPULATED by and between
6    the parties hereto that this action may be dismissed with prejudice as to all
7    parties; each party to bear his/her/its own attorneys' fees and costs. This
8    stipulation is made as the matter has been resolved to the satisfaction of all
9    parties.
10
11   Dated: July 28, 2016         CENTER FOR DISABILITY ACCESS
12
                                  By: /s/Phyl Grace
13                                    Phyl Grace
                                      Attorneys for Plaintiff
14
15   Dated: July 28, 2016         VAN VLECK TURNER & ZALLER LLP
16
                                  By: /s/ Jennifer S. Grock
17                                    Jennifer S. Grock
                                      Anthony J. Zaller
18                                    Attorneys for Defendants
                                      The Novogroder Companies, Inc.,
19                                    N.H. Enterprises, Inc. and Shins
                                      Enterprises, Inc.
20
21
22
23
24
25
26
27
28

                                        2

1

2

3

## SIGNATURE CERTIFICATION

4

5   Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative

6   Policies and Procedures Manual, I hereby certify that the content of this

7   document is acceptable to Jennifer S. Grock, counsel for The Novogroder

8   Companies, Inc., N.H. Enterprises, Inc. and Shins Enterprises, Inc., and that

9   I have obtained Ms. Grock's authorization to affix her electronic signature to

10  this document.

11

12  Dated: July 28, 2016          CENTER FOR DISABILITY ACCESS

13

14                               By: /s/ Phyl Grace
                                     Phyl Grace
15                                   Attorneys for Plaintiff

16

17

18

19

20

21

22

23

24

25

26

27

28

3