JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER, | Case: 2:16-CV-03594-PA-JEM |
| Plaintiff, | **ORDER** |
| v. | |
| THE NOVOGRODER COMPANIES, INC., an Indiana Corporation; N.H. ENTERPRISES, INC., a California Corporation; SHINS ENTERPRISES, INC, a California Corporation; and Does 1-10, | |
| Defendants. | |

**ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: July 28, 2016

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT COURT JUDGE